# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

DANIEL JOSEPH BOISCLAIR,

PLAINTIFF,

v.

MICHAEL T. ETMUND, AND
SIMONE SURI, INDIVIDUALLY AND
AS AGENTS FOR DIRECT MERCHANTS CREDIT,

DEFENDANTS.

CIVIL NO. 05-112 MJD/AJB

**ORDER
ON DISMISSAL FOR
FAILURE TO PROSECUTE**

This matter is before the court on a Report and Recommendation from Magistrate Judge Arthur J. Boylan dated March 22, 2006.   There being no objections filed to Magistrate Judge Boylan's Report and Recommendation,

**THE COURT HEREBY ORDERS THAT**

1.   Magistrate Judge Boylan's Report and Recommendation is adopted; and

2.   This action is dismissed with prejudice for failure to prosecute.

Dated: April 26, 2006

s / Michael J. Davis
Michael J. Davis
United States District Court